UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 10-cr-123-01-JL

<u>Xavier Morales</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 12) filed by defendant is granted - continuance is limited to 60 days; Final Pretrial is rescheduled to January 18, 2011 at 11 AM; Trial is continued to the two-week period beginning February 1, 2011, 9:30 AM.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date: November 23, 2010

cc:  Martin Glennon, Esq.
     Terry Ollila, Esq.
     U.S. Marshal
     U.S. Probation